[No. 69561-4-I.   Division One.   July 8, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. STEPHEN THOMAS LYNCH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-13181-7, LeRoy McCullough, J., entered August 5, 2011. *Dismissed* by unpublished per curiam opinion.

[No. 69869-9-I.   Division One.   July 8, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD LEE NEWMILLER, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 11-1-00102-2, Jay B. Roof, J., entered November 18, 2011. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Appelwick and Verellen, JJ.

[No. 41939-4-II.   Division Two.   July 9, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSHUA ANTHONY WARREN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 10-1-01288-7, Ronald E. Culpepper, J., entered March 25, 2011. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Penoyar, J., concurred in by Worswick, C.J., and Bjorgen, J.

[No. 42106-2-II.   Division Two.   July 9, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. J.C-M., *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 10-8-00539-3, James E. Warme, J., entered April 14, 2011. *Affirmed* by unpublished opinion per Bjorgen, J., concurred in by Johanson, A.C.J., and Hunt, J.